UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

EMILY DIANE LEATHERMAN,

Plaintiff,

v.

STEPHEN WOLFSON,

Defendant.

Case No.  2:26-cv-01589-RFB-EJY

**ORDER**

A review of the docket in this matter shows mail sent to Plaintiff was returned undeliverable.  ECF Nos. 5, 6.  Plaintiff, who is appearing *pro se*, must maintain a current address as required under U.S. District Court for the District of Nevada Local Rule IA 3-1.  The Rule states that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. . . Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  LR IA 3-1.

On June 4, 2026 the undersigned recommended this matter be dismissed with prejudice because Plaintiff's Complaint is asserted against an immune defendant and contains facts "so fanciful as to render it frivolous."  ECF No. 3.  The deadline for Plaintiff to object to the Report and Recommendation was June 18, 2026.  *Id*.  However, it appears Plaintiff did not received the Court's Order and Recommendation or any mail in this matter.  ECF Nos. 5, 6.  Accordingly, Plaintiff is granted 30 days to update her address with the Court and file an Objection to the Report and Recommendation.  Failure to update her address and or file an objection **will** result in a recommendation to dismiss this matter with prejudice based on the analysis set forth in the prior recommendation (ECF No. 3).

IT IS HEREBY ORDERED that Plaintiff must file an updated address with the Clerk of Court no later than **July 23, 2026**.

1

IT IS FURTHER ORDERED that Plaintiff's deadline to object to the Report and Recommendation (ECF No. 3) is extended to **July 23, 2026**.

IT IS FURTHER ORDERED that Plaintiff's failure to comply with the terms of this Order will result in a recommendation to dismiss this matter with prejudice.

DATED this 23rd day of June, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2